Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
Joanna Ardalan (SBN 285384)
jardalan@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel:   949.502.2870
Fax:   949.258.5081

Attorneys for Plaintiffs **Crafty Productions, Inc.** and **Crafty Productions, LLC**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Crafty Productions, Inc.**, a California corporation, and **Crafty Productions, LLC**, a California company,<br><br>Plaintiffs,<br><br>v.<br><br>**Fuqing Sanxing Crafts Co. Ltd.**, a China company, **Tony Zhu**, an individual, **Michelle Faherty d/b/a MRF Associates**, an individual, **The Michaels Companies, Inc.**, a Delaware corporation, **Michaels Stores, Inc.**, a Delaware corporation, **Plaid Enterprises, Inc.**, a Georgia corporation, **Hobby Lobby Stores, Inc.**, an Oklahoma corporation, **Sbars, Inc.**, a New Jersey corporation, **A.C. Moore Arts & Crafts, Inc.**, a New Jersey corporation, **99 Cents Only Stores LLC**, a California company, **Dollar Tree Stores, Inc.**, a Virginia corporation, **Jo-Ann Stores, LLC**, an Ohio company, **Party City Holdings, Inc.**, a Delaware corporation, **Party City Corporation**, a Delaware corporation, **ZheJiang HongYe Co. Ltd.**, a China company, **Fuzhou Bomy Trading Co., Ltd.**, a China company, **Fuzhou Great Suns Co. Ltd.**, a China company, **Sunface Crafts Co. Ltd.**, a China company,<br><br>Defendants. | Case No. 3:15-cv-00719-BAS-JLB<br><br>**JOINT MOTION RE STIPULATED PROTECTIVE ORDER** |

Pursuant to Fed. R. Civ. P. 26(c)(7) and Paragraph V of this Court's Civil Chambers Rules, and following the Model Protective Order from the Patent Local Rules, the parties jointly request entry of the Stipulated Protective Order herewith.

Respectfully submitted,

Dated:  November 16, 2015   **ONE LLP**

By:  /s/ Stephen M. Lobbin
Attorneys for Plaintiff **Crafty Productions, Inc.** and **Crafty Productions, LLC**

Dated:  November 16, 2015   **LAW OFFICES OF TONY T. LIU**

By:  /s/ Tony T. Liu
Attorneys for Defendants **Fuqing Sanxing Crafts Co., Ltd.** and **Tony Zhu**

Dated: November 16, 2015   **REED & GIORDANO, P.A.**

By:  /s/ Phillip M. Giordano
Attorneys for Defendants **Michelle Faherty d/b/a MRF Associates**

Dated:  November 16, 2015   **DYKEMA GOSSETT LLP**

By:  /s/ Allan Gabriel
Attorneys for Defendants **The Michaels Companies, Inc.** and **Michaels Stores, Inc.**

Dated:  November 16, 2015   **BRIGGS LAW OFFICE**

By:  /s/ Jeffrey C. Briggs
Attorney for Defendant **Plaid Enterprises, Inc.**

Dated:  November 16, 2015   **DAVIS WRIGHT TREMAINE LLP**

By:  /s/ Warren J. Rheaume
Attorneys for Defendant **Hobby Lobby, Inc.**

Dated:  November 16, 2015   **RATNER PRESTIA**

By:  /s/ Benjamin E. Leace
Attorneys for Defendants **Sbars, Inc.** and **A.C. Moore Arts & Crafts, Inc.**

Dated:  November 16, 2015   **MANDOUR & ASSOCIATES, APC**

By:  /s/ Ben T. Lila
Attorneys for Defendants **Party City Holdings, Inc.** and **Party City Corporation**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2015, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin