Allan E. Anderson (SBN 133672)
Lynn R. Fiorentino (SBN 226691)
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, California 94105-3470
Telephone: 415.757.5500
Facsimile: 415.757.5501
anderson.allan@arentfox.com
lynn.fiorentino@arentfox.com

Benjamin E. Leace (*Pro Hac*) PABN 54281
Christopher H. Blaszkowski (*Pro Hac*) PABN 306650
RatnerPrestia
1235 Westlakes Drive
Suite 301
Berwyn, PA 19312
Phone: 610-407-0700
Beleace@ratnerpestia.com
Cblaszkowski@ratnerprestia.com

Attorneys for Defendants
A.C. Moore Arts & Crafts, Inc. and Sbar's, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crafty Productions, Inc., a California corporation, and Crafty Productions, LLC, a California company,<br><br>Plaintiffs,<br><br>v.<br><br>Fuqing Sanxing Crafts Co. Ltd., a China company, Tony Zhu, an individual, Michelle Faherty d/b/a MRF Associates, an individual, The Michaels Companies, Inc., a Delaware corporation, Michaels Stores, Inc., a Delaware corporation, Plaid Enterprises, Inc., a Georgia corporation, Hobby Lobby Stores, Inc., an Oklahoma corporation, Sbars, Inc., a New Jersey | Case No. 3:15-cv-00719-BAS-JLB<br><br>DEFENDANTS A.C. MOORE ARTS & CRAFTS, INC. AND SBARS, INC.'S JOINT NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER<br><br>Hearing Date: June 30, 2016<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Courtroom: 1B<br>Judge: Hon. Jill L. Burkhardt |

1

| | |
|---|---|
| 1 | corporation, A.C. Moore Arts & Crafts, Inc., a New Jersey corporation, 99 Cents Only Stores LLC, a California company, Dollar Tree Stores, Inc., a Virginia corporation, Jo-Ann Stores, LLC, an Ohio company, Party City Holdings, Inc., a Delaware corporation, Party City Corporation, a Delaware corporation, ZheJiang HongYe Co. Ltd., a China company, Fuzhou Bomy Trading Co., Ltd., a China company, Fuzhou Great Suns Co. Ltd., a China company, Sunface Crafts Co. Ltd., a China company, |
| | Defendants. |

Defendants A.C. Moore Arts & Crafts, Inc. and Sbar's, Inc. ("Defendants"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of the U.S. District Court for the Southern District of California, respectfully move this Honorable Court for a Protective Order.

This Motion is made on the ground that the discovery sought by Crafty Productions, Inc. and Crafty Productions, LLC (collectively, "Crafty") is burdensome, wholly unrelated to Defendants' pending motions to dismiss, and is therefore premature pending the Court's determination of those motions.  Accordingly, Defendants respectfully request that this Court enter a protective order staying discovery directed to Defendants (including Defendants' response period for pending discovery) and preventing Crafty from moving to compel production unless and until an order is entered resolving the pending motions to dismiss in Crafty's favor.  As detailed in the supporting Memorandum of Points and Authorities, Defendants respectfully submit that a protective order is appropriate.

| | | |
|---|---|---|
| 1 | Dated:  June 16, 2016 | RatnerPrestia |
| 2 | | |
| 3 | | By: */s/ Benjamin E. Leace* |
| 4 | | Benjamin E. Leace |
| | | Christopher H. Blaszkowski |
| 5 | | 1235 Westlakes Drive |
| 6 | | Suite 301 |
| | | Berwyn, PA 19312 |
| 7 | | Phone: 610-407-0700 |
| 8 | | Beleace@ratnerpestia.com |
| | | Cblaszkowski@ratnerprestia.com |
| 9 | | |
| 10 | | *Attorneys for Defendants A.C. Moore Arts & Crafts, Inc. and Sbar's, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Christopher H. Blaszkowski*
Christopher H. Blaszkowski
