## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTY PRODUCTIONS, INC., a California corporation, and CRAFTY PRODUCTIONS, LLC, a California company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FUQING SANXING CRAFTS CO., LTD., a China company; TONY ZHU, an individual; MRF ASSOCIATES, INC., a Massachusetts corporation; MICHELLE FAHERTY, an individual; THE MICHAELS COMPANIES, INC., a Delaware corporation; MICHAELS STORES, INC., a Delaware corporation; PLAID ENTERPRISES, INC., a Georgia corporation; HOBBY LOBBY, INC., an Oklahoma corporation; SBARS, INC., a New Jersey corporation; A.C. MOORE ARTS & CRAFTS, INC., a New Jersey corporation; 99 CENTS ONLY STORES, INC., a California corporation; DOLLAR TREE, INC., a Virginia corporation; JO-ANN STORES, LLC, an Ohio company; PARTY CITY HOLDINGS, INC., a Delaware corporation; PARTY CITY CORPORATION, a Delaware corporation; ZHEJIANG HONGYE CO. LTD., a China company; FUZHOU BOMY TRADING CO., LTD., a China company; FUZHOU GREAT SUNS CO. LTD., a China company; and SUNFACE CRAFTS CO. LTD., a China company,<br><br>　　　　　Defendants. | Case No: 3:15-CV-00719-BAS-JLB<br><br>**DECLARATION OF ADOLPH "PEPE" PIPERNO IN SUPPORT OF SBAR'S INC.'S MOTION FOR A PROTECTIVE ORDER** |

I, Adolph "Pepe" Piperno, declare as follows:

　　　1.　　I am the Chief Executive Office of Sbar's Inc. ("Sbars"), which has been named as a defendant in this action. I respectfully submit this Declaration in support of Sbars' Motion for a Protective Order. I have personal knowledge of the facts set forth herein and if called upon

could and would competently testify thereto.

2. Sbars is a New Jersey corporation with its principal place of business located in Moorestown, New Jersey.

3. Sbars acts as a distributor of crafts merchandise, primarily to retailers.

4. Sbars presently has in its inventory approximately 12,000 to 15,000 discrete products. Of those products, roughly 60-90% would be responsive to the Plaintiffs' discovery request relating to various categories of "craft" products.

5. Since 2010, Sbars has offered for sale numerous other discrete products which would be responsive to the Plaintiffs' discovery request relating to "craft" products.

6. Sbars does not provide physical or digital catalogs which display these products. As such, it would be a significant burden to identify, review, and provide Plaintiffs with examples of all products presently in Sbars' inventory, let alone its inventory dating back to 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2016 at Berlin, New Jersey.

Adolph "Pepe" Piperno