UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTY PRODUCTIONS, INC., a California corporation, and CRAFTY PRODUCTIONS, LLC, a California company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FUQING SANXING CRAFTS CO., LTD., a China company; TONY ZHU, an individual; MRF ASSOCIATES, INC., a Massachusetts corporation; MICHELLE FAHERTY, an individual; THE MICHAELS COMPANIES, INC., a Delaware corporation; MICHAELS STORES, INC., a Delaware corporation; PLAID ENTERPRISES, INC., a Georgia corporation; HOBBY LOBBY, INC., an Oklahoma corporation; SBARS, INC., a New Jersey corporation; A.C. MOORE ARTS & CRAFTS, INC., a New Jersey corporation; 99 CENTS ONLY STORES, INC., a California corporation; DOLLAR TREE, INC., a Virginia corporation; JO-ANN STORES, LLC, an Ohio company; PARTY CITY HOLDINGS, INC., a Delaware corporation; PARTY CITY CORPORATION, a Delaware corporation; ZHEJIANG HONGYE CO. LTD., a China company; FUZHOU BOMY TRADING CO., LTD., a China company; FUZHOU GREAT SUNS CO. LTD., a China company; and SUNFACE CRAFTS CO. LTD., a China company,<br><br>　　　　Defendants. | Case No: 3:15-CV-00719-BAS-JLB<br><br>**DECLARATION OF PHILIP R. BRUNOZZI IN SUPPORT OF A.C. MOORE ARTS & CRAFTS, INC.'S MOTION FOR A PROTECTIVE ORDER** |

I, Phillip R. Brunozzi, declare as follows:

　　1.　　I am the Director of Finance and Real Estate at A.C. Moore Arts & Crafts, Inc. ("Moore"), which has been named as a defendant in this action. I respectfully submit this Declaration in support of Moore's Motion for a Protective Order. I have personal knowledge of

the facts set forth herein and if called upon could and would competently testify thereto.

2. Moore is a Pennsylvania corporation with its principal place of business in Berlin, New Jersey.

3. While Moore is a named defendant in this action, Moore operates principally as a holding company. As such, Moore does not have any employees, does not operate any retail stores, and does not purchase, sell, distribute, or advertise any products, including the specific decorative wooden products identified in Plaintiffs' complaint and accused of copyright and trade dress infringement in this case ("Accused Products").

4. A.C. Moore, Inc.—not a named defendant in this action—is a wholly-owned subsidiary of Moore. A.C. Moore, Inc. is a Virginia corporation, with its principal place of business located in Berlin, New Jersey. A.C. Moore, Inc. does not own or operate any stores in California.

5. A.C. Moore, Inc. owns and operates 134 stores which are located in the Eastern United States from Maine to Florida. A.C. Moore, Inc. is a specialty retailer which primarily offers crafts merchandise.

6. A.C. Moore, Inc. presently has in its inventory approximately 30,000 to 35,000 discrete products. Of those products, roughly 60-90% would be responsive to the Plaintiffs' discovery request relating to various categories of "craft" products.

7. Since 2010, A.C. Moore, Inc. has offered for sale numerous other discrete products which would be responsive to the Plaintiffs' discovery request relating to "craft" products.

8. A.C. Moore, Inc. does not provide physical or digital catalogs which display these products. As such, it would be a significant burden to identify, review, and provide Plaintiffs with examples of all products presently in A.C. Moore, Inc.'s inventory, let alone its inventory dating back to 2010.

1 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2016 at Berlin, New Jersey.

*Philip R. Brunozzi*
Philip R. Brunozzi