# EXHIBIT R

# Law Office of Cecilia Chen

1901 First Avenue, Suite 217B
San Diego, California 92101
_____

11622 El Camino Real, Suite 100
San Diego, California 92130

Telephone (858) 633-0171
Facsimile (858) 348-2621
www.cclegalgroup.com

Cecilia Chen, Esq.
cchen@cclegalgroup.com

February 11, 2015

VIA CERFIED MAIL AND EMAIL: ttliu@tonyliulaw.com

Tony T. Liu, Esq.
Law Offices of Tony T. Liu
1851 E. First Street, Suite 900
Santa Ana, CA 92705

      RE:    Demand for Payment Owed

Dear Mr. Liu,

As you know, my office represents Crafty Productions, Inc. ("CPI") and Crafty Productions, LLC ("Company"). Your client Fuqing Sanxing Crafts Co. ("FSC") and CPI entered into a Contribution Agreement dated February 11, 2014 ("Contribution Agreement") for the purchase of a 33% ownership interest in the Company.

Pursuant to Section 1.14 of the Contribution Agreement, FSC agreed to contribute $100,000 to the Company on or before December 1, 2014. This payment is now past due and FSC is in material breach of the Contribution Agreement.

In addition, FSC must provide to the Company a quarterly sales report listing all sales of products sold under the non-exclusive license granted pursuant to Section 1.6 of the Contribution Agreement. To date, we have not received any sales report or received any royalty payment.

We request that FSC cure its default immediately and make the contribution amount of $100,000 to the Company and provide the sales report within the next ten (10) days.

Sincerely,

*Cecilia Chen*

Cecilia Chen

cc:    Paula Mellos, Stephen Lobbin